IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| LEON IVAN, | ) | |
| | ) | |
|     Petitioner, | ) | Civil Action No. 7:15-cv-00322 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| FEDERAL BUREAU OF PRISONS, | ) | United States District Judge |
| | ) | |
|     Respondent. | ) | |

**FINAL ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that respondent's motion to dismiss is GRANTED, and Leon's petition pursuant to 28 U.S.C. § 2241 is hereby DISMISSED without prejudice. If Leon wishes to dispute the disallowance of 68 days of good-conduct time, the court will grant him leave to file an amended petition within the next 30 days. If he does not timely file an amended petition, then the court will dismiss this action with prejudice and will strike it from the active docket of the court.

The clerk is directed to provide a copy of this order and the accompanying memorandum opinion to Mr. Leon, and to all counsel of record.

Entered: July 18, 2016.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge