IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| LEON IVAN, | ) | |
|     Petitioner, | ) | Civil Action No. 7:15cv00322 |
| | ) | |
| v. | ) | |
| | ) | By: Elizabeth K. Dillon |
| FEDERAL BUREAU OF PRISONS, | ) | United States District Judge |
|     Respondent. | ) | |

**MEMORANDUM OPINION**

    Petitioner Leon Ivan, proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court conditionally filed the petition and advised Ivan that he must notify the court in writing immediately upon his transfer or release and provide the court with a new address. The court warned Ivan that failure to notify the court of a change of address would result in dismissal of his case. On October 24 and November 15, 2016, two separate orders were returned to the court as undeliverable and with no forwarding address. Ivan has not provided the court with an updated address and, therefore, has failed to comply with the court's order. Accordingly, the court will dismiss Ivan's petition without prejudice. Ivan is advised that he may refile his claims in a separate action.

    An appropriate order will be entered.

    Entered: December 6, 2016.

                                   /s/ *Elizabeth K. Dillon*
                                   Elizabeth K. Dillon
                                   United States District Judge